IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-40596
Summary Calendar
_____

PATRICK MAC JACKSON,

                                        Plaintiff-Appellant,

                        versus

MARSHALL HERKLOTZ, Southern
Regional Director, ET AL.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. G-92-CV-483
_____

January 15, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Patrick Mac Jackson, Texas inmate #478883, appeals the
dismissal as frivolous of his 42 U.S.C. § 1983 complaint.
Jackson's motion for an evidentiary hearing before this court is
DENIED.

     We have carefully reviewed the record and the appellate
arguments.   For essentially the same reasons upon which the
district court relied by adopting the magistrate judge's report,

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

see <u>Jackson v. Herklotz</u>, No. G-92-483 (S.D. Tex. Mar. 27, 1996), we conclude that the district court did not abuse its discretion in dismissing Jackson's claims.

A F F I R M E D.